IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:23-MJ-1117-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER ALLOWING PRE-TRIAL |
| ) | LIMITED DRIVING PRIVILEGE |
| GERARD TETREAULT, ) | |
| ) | |
| Defendant. ) | |

Defendant Gerard Tetreault ("Defendant') has been charged with operating a motor vehicle within the special maritime and territorial jurisdiction of the United States while under the influence of an impairing substance, in violation of N. C. Gen. Stat. § 20-138.1, as assimilated by 18 U.S.C. § 13. On November 9, 2023, Defendant surrendered his license for thirty (30) days as ordered by this court. Defendant has filed an unopposed application for a limited driving privilege in order to work, which the court finds is supported by good cause. Accordingly, it is ORDERED that Defendant be allowed a LIMITED DRIVING PRIVILEGE to be effective on the date indicated below to be used in accordance with the restrictions imposed herein and to expire on the date specified below.

## RESTRICTIONS ON DRIVING

Defendant shall be permitted to drive under the following conditions:

(1) Driving shall be permitted for work-related, religious worship, educational purposes, maintenance of household, or court-ordered or directed obligations, Monday-Sunday, 8:00 a.m. - 6:00 p.m.

(2) Defendant shall not drink alcohol while driving or drive while any alcohol remains in his/her body.

(3) Defendant shall not drive while having a controlled substance in his/her body unless such controlled substance was lawfully obtained and taken in therapeutically

approved amounts and does not impair Defendant.

(4)  Defendant is permitted to drive at any time for the purpose of obtaining essential emergency medical care.

The Clerk of Court is hereby DIRECTED to provide Defendant with a CERTIFIED COPY of this Order.

So ordered, the 21 day of November, 2023.

Robert B. Jones, Jr.
United States Magistrate Judge

**EFFECTIVE DATE:**     **November 21, 2023**

**EXPIRATION DATE:**    **December 16, 2023**